| Installments | Parix | Dagoberto | Howell | Jared | |
|---|---|---|---|---|---|
| Installment 1 | 2,208.52 | 1506.47 | 219.39 | 760.75 | |
| | 2,208.53 | 1506.48 | 219.39 | 760.5 | |
| | 4642.94 | 3167.04 | 461.22 | 1598.89 | |
| | 9,059.99 | 6179.99 | 900 | | 3120.14 |
| Installment 2 | 3,222.92 | 2198.44 | 320 | 1109.88 | |
| | 3,222.96 | 2198.44 | 320 | 1109.88 | |
| | 3,218.12 | 2195.12 | 319.68 | 1108.2 | |
| | 9,664.00 | 6592 | 959.68 | | 3327.96 |
| Installment 3 | 3,827.40 | 2610.6 | 380.1 | 1317.96 | |
| | 3,827.40 | 2610.6 | 380.1 | 1317.96 | |
| | 3,821.46 | 2606.7 | 379.8 | 1315.98 | |
| | 11,476.26 | 7827.9 | 1140 | | 3951.9 |
| **Total** | **30,200.25** | **20599.89** | **2999.68** | **10400** | |

| | | |
|---|---|---|
| **Parix** | 30,200.25 | |
| **Dagoberto** | 20599.89 | |
| **Howell** | 2999.68 | |
| **Jared** | 10400 | |
| **Dickson** | 10299.87 | |
| **Perry** | 10500.01 | |
| **Valle** | 15000.3 | |
| **Total** | **100,000.00** | |

| Dickson | Perry | Valle | |
|---|---|---|---|
| 753.23 | 767.86 | 1096.95 | |
| 753.24 | 767.88 | 1096.95 | |
| 1583.52 | 1614.27 | 2306.1 | |
| | 3089.99 | 3,150.01 | 4500 |
| 1099.2 | 1120.56 | 1600.8 | |
| 1099.2 | 1120.56 | 1600.8 | |
| 1097.56 | 1118.88 | 1598.4 | |
| | 3295.96 | 3360 | 4800 |
| 1305.3 | 1330.68 | 1901.1 | |
| 1305.3 | 1328.64 | 1901.1 | |
| 1303.32 | 1330.68 | 1898.1 | |
| | 3913.92 | 3990 | 5700.3 |
| | **10299.87** | **10500.01** | **15000.3** |