UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PARIX ARIAS, DAGOBERTO VELEZ,
KWASI DICKSON, MICHAEL HOWELL,
JARED VELEZ, MAURICE PERRY,
ALFREDO VALLE on behalf of themselves
and all others similarly situated,

                    Plaintiffs.

           -against-

CLEANLY INC., ITAY FORER, TOM
HARARI, and WASH SUPPLY
LAUNDOMAT, INC.,

                    Defendants.

Civ. No.: 20 CV 00860 (MKB) (PK)

**DECLARATION TO MOTION TO WITHDRAW AS COUNSEL BY CATHERINE R. TUCCIARELLO, ESQ.**

---------------------------------------------------------------X

      CATHERINE R. TUCCIARELLO, being duly sworn, deposes and states, pursuant to 28 U.S.C. § 1746:

      1.      I am an associate attorney at the law firm of Jackson Lewis P.C., attorneys for Defendants Cleanly Inc., Itay Forer and Tom Harari in the above-referenced matter. I submit this declaration in support of the instant Motion to Withdraw as Counsel of Record.

      2.      I am leaving Jackson Lewis P.C. ("Jackson Lewis") for other employment. My last day with Jackson Lewis is June 1, 2022.

      3.      Jackson Lewis will continue its representation of Defendant in this matter.

      4.      Accordingly, I respectfully request Your Honor grant the instant Motion to Withdraw as Counsel and terminate my appearance on the docket.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       June 1, 2022

                                       Respectfully submitted,

                                       JACKSON LEWIS P.C.
                                       666 Third Avenue
                                       New York, New York 10017
                                       (212)545-4000

                     By:      __s/Catherine R. Tucciarello_____
                                       Catherine R. Tucciarello, Esq.

                                       *ATTORNEY FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2022, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Elisa T Gilbert
Gilbert & Gilbert LLC
325 East 57 Street Suite 1B
New York, NY 10022
212-286-8503
egilbert@gilbert-firm.com

             *s*/Catherine R. Tucciarello
             Catherine R. Tucciarello, Esq.